IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
(SHREVEPORT DIVISION)

RECEIVED

NOV - 3 2021

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

RICHARD ANTHONY,
Plaintiff,


Vs.                          Case No:  21-cv-3865


FEDERAL BUREAU OF PRISONS,
            &
DIRECTOR, MICHAEL CARVAJA,
Defendants.
_____/

## COMPLAINT FOR INJUNCTIVE RELIEF
## FOR FOIA VIOLATIONS

   Plaintiff, Richard Anthony, pro-se for this cause against the
Defendants, hereby timely submits his complaint and states the
following:

### I. INTRODUCTION

   1. This is an action for Declaratory and/or Mandamus-Injunctive
relief compelling the Defendants to their statutory obligations
under the Freedom Of Information Act (FOIA) 5 U.S.C. §552 et. seq.,
and the Administrative Procedure Act (APA) 5 U.S.C. §701 et. seq.,.

### II. JURISDICTION AND VENUE

   2. This Court has both subject matter jurisdiction over this
action and personal jurisdiction over the parties pursuant to
5 U.S.C. §552(a)(4)(B), (6)(E)(ii), (a)(6)(iii) and (a)(6)(A)(i).

3. This Court also has jurisdiction over this action pursuant to 5 U.S.C. §701 et. seq.,.

4. Venue lies in this district under 5 U.S.C. §552(A)(4)(B).

## III. PARTIES

5. Richard Anthony currently resides at Federal Correctional Institution (FCI) Oakdale 1, 1507 East Whatley Road, Oakdale, LA 71463, (318) 335-4070, hereafter referred to as Plaintiff or Mr. Anthony.

6. The Federal Bureau Of Prisons (FBOP) is a division of the United States Department Of Justice and is an agency within the meaning of U.S.C. §552(f). The Director, Carvaja is responsible for the FBOP compliance with the laws of the United States and regulations promulgated under such laws, including the laws and regulations at issue this case.

7. The FBOP and its Director, Carvaja headquarters are located at 320 First Street, NW, Washington, D.C. 20534, hereafter referred to as FBOP or Defendants.

## IV. STATEMENT OF FACTS

8. Mr. Anthony on September 11, 2021 via U.S. Postal Services Certified Mail Receipt No: 7019 0700 0001 7105 9722 mailed his FOIA Request to the Defendants at their headquarters in Washington D.C. See: Exhibit 1

9. According to U.S. Postal Service Tracking Information, Mr. Anthony's FOIA Request (Exhibit 1) was received by the Defendants on September 17, 2021 at 11:34 am. See: Copy Of U.S. Postal Service

(2)

Tracking Information. Exhibit 2

10. In Mr. Anthony's FOIA Request (Exhibit 1) in accordance with 5 U.S.C. §552(a)(6)(E)(ii) he requested "Expedited Processing" because the responsive documents are needed as evidentiary materials in a pending civil action in the United States District Court, Western District of Louisiana, Case No: 2:21-CV-01251-JDC-KK.

11. On October 05, 2021 at approximately 3:00 pm., Mr. Anthony was summoned to SIA Lt. DeVille's office at FCI Oakdale 1. Mr. Anth DeVille told Mr. Anthony he had none of the files or documents he was seeking related to being sexually assulted by Ofc. P. Lemieux. Mr. Anthony assumes SIA Lt. DeVille's statement was in response to his FOIA Request (Exhibit 1).

12. To date, the FBOP have failed to even acknowledge Mr. Anthony's FOIA Request as required under 5 U.S.C. §552(a)(6)(A)(i).

13. Mr. Anthony asserts that because the FBOP have failed to make and communicate an acknowledgement within '20' days (excluding Sundays and legal Holidays) after their reciept the request he has exhausted his Administrative Remedies according to 5 U.S.C. §552(a)(6)(C)(i).

## V. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

#### Violation Of The FOIA - Failure To Respond
#### To FOIA Within 20 Days

14. Mr. Anthony restates and realleges paragraphs 1-13 as if fully stated herein.

15. The Defendant's failure to timely acknowledge or respond to Mr. Anthony's September 11, 2021 FOIA Request (Exhibit 1) "Within

20 Days" violates the FOIA, 5 U.S.C. §552(a)(6)(C)(i) and he may
proceed with judicial review under 5 U.S.C. §552(a)(4)(B).

## SECOND CLAIM FOR RELIEF

### Violation Of FOIA - Failure To Respond
### To Expedited Processing

16. Mr. Anthony restates and realleges paragraphs 1-14 as if
fully attached herein.

17. Defendant's failure to timely respond to Mr. Anthony's FOIA
Request (Exhibit 1) for Expedited Processing violates the FOIA
under 5 U.S.C. §552(a)(6)(E)(ii) and (iii).

## THIRD CLAIM FOR RELIEF

### Violation Of FOIA - Failure To Respond
### For Expedited Processing

18. Mr. Anthony restates and realleges paragraphs 1-17 as if
fully stated herein.

19. Defendant's failure to timely respond to Mr. Anthony's FOIA
Request (Exhibit 1) for Expedited Processing constitutes agency
action unlawfully withheld and unreasonably delayed in violation
of the APA.

20. Defendant's failure to timely respond is arbitrary, capricious
and in abuse of discretion, not in accordance with the law and with-
out observance of procedure required by law, all in violation of
the APA.

## VI. CONCLUSION

**WHEREFORE,** Mr. Anthony prays this Court:

(4)

A. Order the Defendants to immediately process this FOIA Request (Exhibit 1) and immediately produce responsive documents.

B. Order the Defendants to immediately notify Mr. Anthony if responsive documents do not exist related to his FOIA Request (Exhibit 1).

C. Grant Mr. Anthony all the other relief that this Court deems proper and just, to include reimbursement of all costs associated with filing this action.

Respectfully Submitted,

Richard Anthony #44849-074
Plaintiff / pro-se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalties of perjury pursuant to 28 U.S.C. §1746 that Plaintiff's Complaint For Injunctive Relief For FOIA Violations and Application To Proceed Without Prepayment Of Cost was given to prison officials with proper first class postage affixed for mailing via U.S. Postal Services to the U.S. District Court, Office Of The Clerk, 300 Fannin Street, Ste. 1167, Shreveport LA. 71101 on this __2nd__ day of November, 2021.

Richard Anthony #44849-074
FCI Oakdale 1
P.O. Box 5000
Oakdale, LA. 71463
(318) 335-4070
Plaintiff / pro-se